UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:09-CR-181 |
| v. | ) | |
| | ) | Chief Judge Curtis L. Collier |
| EDDIE ROLLINS | ) | |
| | ) | |

### ORDER

Before the Court is Defendant Eddie Rollins' ("Defendant") motion to suppress evidence seized from his automobile during traffic stops conducted on September 15, 2008 and June 25, 2009 and Defendant's motion to suppress a statement given by Defendant to law enforcement (Court File Nos. 304, 543). The motions were referred to United States Magistrate Judge William B. Mitchell Carter, who held an evidentiary hearing on the matters on July 1, 2010 and issued a Report and Recommendation ("R&R") on the motions (Court File Nos. 584, 679). Defendant filed a timely objection to the R&R (Court File No. 693). For the reasons expressed in the accompanying memorandum, the Court **ACCEPTS** and **ADOPTS** the R&R (Court File No. 679) and **DENIES** Defendant's motions to suppress (Court File No. 304, 543).

    **SO ORDERED.**

    **ENTER:**

                                                               **/s/**
                                                              **CURTIS L. COLLIER**
                                                              **CHIEF UNITED STATES DISTRICT JUDGE**